# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv054 | **Court of Appeals Case No:** 03-3534 |
| **SHORT CAPTION** <br><br> **ETHAN SPIER** <br><br> Plaintiff/Petitioner <br><br> vs. <br><br> **DONALD ELSAESSER** <br><br> Defendant/Respondent <br><br> *provide pro se address IF NOT on the docket sheet | **Case Manager:** <br><br> **Date Filed:** |
| **District Court Judge:** HERMAN J. WEBER <br><br> **Court Reporter(s):** Kelly Gragg (Tri-County) <br> Julie Patrick (Tri-County) <br> Julie Wolfer <br><br> **From Deputy Clerk:** Arthur Hill <br><br> **Date:** 12/24/2003 | **Anything That Needs Special Attention** <br><br> **NOTICE OF APPEAL(DOC.#40)** |
| $105.00 Appeal Filing Fee Paid?  **YES** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

**Pleading(s)** One(1) volume

Deposition(s)   Volume(s)          Exhibit(s)     Volume(s)

**Transcript(s)** One(1) volume & exhibits

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk:   **JAMES BONINI**
_____
United States District Court