UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAMES BONINI
CLERK

04 MAR 24 PM 1:33

No: 03-3534

Filed: March 23, 2004

ETHAN SPIER

    Plaintiff - Appellant

1:01cv054

v.

DONALD ELSAESSER

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 3/1/04 the mandate for this case hereby issues today.

A True Copy.

COSTS: NONE

Attest:

_____
Deputy Clerk