# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
CLERK

**DEBRA COOK**
(513) 564-7043
www.ca6.uscourts.gov

Filed: March 29, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 326 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 03-3534
Spier vs. Elsaesser
District Court No. 01-00054

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [03-3534]. Volumes included: 1 Pl; 2 Tr; 2 Ex.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

*Arthur Hill*
Name and Title of Authorized Agent for
the District Court or Government Agency

3-29-04
Date

Very truly yours,
Leonard Green, Clerk

Deb Cook
Records Management Deputy